IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ELIJA WILLIAM WALLACE, SPN #00660014, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. H-19-2093 |
| J. LAZONDO, *et al.*, | § § | |
| *Defendants.* | § § | |

**FINAL JUDGMENT**

For the reasons stated in this Court's *Memorandum Opinion and Order* of even date, this lawsuit is **DISMISSED WITHOUT PREJUDICE**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this the 24th day of June, 2019.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE